**ORIGINAL**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>SZ DJI Technologies CO, LTD, DJI Mini 3 Camera<br>Drone, Model MT3PD22, FCC ID: SS3-MT3PD22 in Law<br>Enforcement Custody. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   4:24-SW-4 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Virginia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before *January 25, 2024* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Lawrence R. Leonard _____
United States Magistrate Judge
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   *1-12-24 @ 4:00 pm*                          _____
                                                                                                    *Judge's signature*

City and state:      Norfolk, Virginia                          Honorable Lawrence R. Leonard, U.S. Magistrate Judge
                                                                                              *Printed name and title*

ORIGINAL

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>4:24-SW-_4_ | Date and time warrant executed:<br>1/16/2024    12:00 PM | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

·digital search warrant of previously
seized evidence - collected from NCIS on 1/16/24 and
transferred to FBI custody.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/24

_____
Executing officer's signature

Sara Shalowitz, Special Agent
Printed name and title

09/30/2024

Ann-Marie Mullen, Special Agent

## ATTACHMENT A

The drone, ("**Subject Device 1**"), including any electronic storage media located within to include a known SD Card, ("**Subject Device 2**") as depicted below:

**Subject Device 1 [Top View]**                    **Subject Device 1 [View of FAA ID]**

 

Subject Device 1 & 2 are currently located at NCIS Residence Agency, Norfolk Evidence storage facility at 1650 Gilbert Street, Norfolk, VA 23511.

The cellular phone/device possessed by SUSPECT SHI used to operate **Subject Device 1**, ("**Subject Device 3**") captured on NNPD body worn camera below.

**Subject holding Subject Device 3**



**Subject holding docking/controller for Subject Device 3 to operate Subject Device 1**



**ATTACHMENT B**

The following evidence to be searched for and seized pertains to violations of 49 U.S.C. §§ 46306 and 46307 (Prohibited Operation of Unregistered UAS and Violation of National Defense Airspace respectively); 14 C.F.R. § 107.41 (Operation in Certain Airspace); and, 18 U.S.C. §§ 795-796 (Photographing Defense Installations and Use of Aircraft for Photographing Defense Installations).

1.    Communications, records, or data including but not limited to stored electronic data, photographs, audio files, videos, location data, and communications pertaining to the same:

   a.    tending to indicate efforts to evade flight restrictions, such as no-fly zones, height and distance limitations, and Federal Aviation Administration regulations on flying of drones;

   b.    tending to indicate flight telemetry data including, but not limited to, flight logs, altitude data, radar functioning data, data regarding distance travelled, vertical speed data, horizontal speed data, and data regarding the distances between **Subject Device 1** and its controller;

   c.    tending to indicate geolocation, including Global Positioning System ("GPS") tracking data/history for all flights from launch position(s) to landing(s) and home points;

   d.    tending to identify the owner/operator of **Subject Device 1**, including but not limited to, identifying information for the operators of this drone, including, but not limited to, the owner and user names, e-mail addresses, physical addresses, registration, and associated with ownership and use of the **Subject Devices**;

   e.    tending to identify any electronic devices linked to, or used to control, **Subject Device 1**, to include any linked cell phones, tablets, or computers used to control or mange **Subject Device 1**, to include, but not limited to Subject Device 3; and

   f.    tending to indicate the use of **Subject Device 1's** ability to record audio, video, or photographs.